WILLIAM C. GEBHARDT and Others, Executors, etc., of JOHN G. GEBHARDT, Deceased, Respondent, v. SOUTH SHORE AMUSEMENT COMPANY, Appellant.—

Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.